**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

JAMES CLARENCE BROWN,

Plaintiff,

v.

CHATHAM COUNTY PUBLIC DEFENDERS, *et al.*,

Defendants.

CIVIL ACTION NO.: 4:26-cv-143

**ORDER**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's July 13, 2026, Report and Recommendation, (doc. 17), to which Plaintiff has not filed an objection. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 17.) Plaintiff's Motion to Proceed *In Forma Pauperis* is **DENIED**, (doc. 5), and his Complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 21st day of August, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA