AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JAMES CLARENCE BROWN,

Plaintiff,

V.

CHATHAM COUNTY PUBLIC DEFENDERS, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:26-cv-143

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated August 21, 2026, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Plaintiffs complaint is dismissed. This case stands closed.

8/21/2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*